IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————

No. 19-60753

———————

In re: CHRISTOPHER DESHANE BENOMAN,

    Movant

**A True Copy**
**Certified order issued Dec 17, 2019**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

———————————

Authorization to file Successive Habeas Corpus Petition

———————————

CLERK'S OFFICE:

    Authorization to file a successive habeas corpus petition is dismissed for failure to comply with this Court's notice of October 8, 2019.

                  LYLE W. CAYCE
                  Clerk of the United States Court
                  of Appeals for the Fifth Circuit

                  By: _____
                  Allison G. Lopez, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 17, 2019

Mr. David Crews
Northern District of Mississippi, Greenville
United States District Court
911 Jackson Avenue
Oxford, MS 38655

    No. 19-60753   In re: Christopher Benoman
                          USDC No. 4:19-CV-102

Dear Mr. Crews,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Allison G. Lopez, Deputy Clerk
                                      504-310-7702

cc w/encl:
    Mr. Christopher Deshane Benoman